IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RITA F. DIMARTINO** : |  |
|     **Plaintiff,** : |  |
| : |  |
| v. : | **CIVIL ACTION NO. 14-7247** |
| : |  |
| **DE LAGE LANDEN FINANCIAL** : |  |
| **SERVICES, INC.** : |  |
|     **Defendant.** : |  |

## ORDER

**AND NOW,** this 19th day of September 2016, upon consideration of the Motions for Summary Judgment and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

  1. Plaintiff's Motion for Summary Judgment [Doc. No. 18] is **GRANTED**.

  2. Defendant's Motion for Summary Judgment [Doc. No. 19] is **DENIED**.

  3. Within 21 days of the date of this Order, Plaintiff shall submit a proposed form of judgment order, setting forth the relief sought pursuant to the breach of contract and wage act claims, with any supporting documentation. Within 14 days of Plaintiff's filing, Defendants may file an opposition to any of the relief sought.

  It is so **ORDERED.**

                 **BY THE COURT:**

                 /s/Cynthia M. Rufe
                 _____
                 **CYNTHIA M. RUFE, J.**